**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

U.S. Bank National Association,

          Plaintiff,

v.

Direct Equity Mortgage, L.L.C.,

          Defendant.

Civil No. 10-2367 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Sanctions and Default Judgment (Doc. No. 31) is **GRANTED**. Plaintiff is instructed to submit an affidavit of attorney's fees and costs incurred in connection with its motion for sanctions and for default judgment, as well as an adequate basis for damages to Magistrate Judge Graham within fourteen (14) days of the date of this Order.

Dated:  6/15/11

                                            s/ Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge