# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

U.S. Bank National Association,                              Civil No. 10-2367 SRN/JJG

           Plaintiff,

v.                                                                        **ORDER**

Direct Equity Mortgage, L.L.C.,

           Defendant,

---

Andrew H. Bardwell, Skolnick & Shiff, PA, 527 Marquette Avenue South, Suite 2100, Minneapolis, MN 55402; Seth J.S. Leventhal, Leventhal pllc, 2100 Rand Tower, 527 Marquette Avenue South, Minneapolis, MN 55402,  counsel for Plaintiff.

Boris Parker, Parker & Wenner, 220 South 6th Street, Suite 1700, Minneapolis, MN 55402, counsel for Defendant.

---

      **IT IS ORDERED** that the Report and Recommendation [Doc. 44] is

**ADOPTED,** default judgment be entered against Defendant Direct Equity Mortgage, L.C.C. in

the amount of $941,875.46. This amount represents $921,008.48 in damages and $20,866.98 in

attorneys' fees.

.

Dated: July 29, 2011                              s/ Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge